**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 13, 2022

**BY ECF**
Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

*Schedule approved. Defense brief due March 13, 2023; Government response due June 12, 2023; Defense reply due June 23, 2023.*

SO ORDERED.

*[signature]* 12/13/22

CATHY SEIBEL, U.S.D.J.

**Re:** *United States v. Jose Rivera*, 12 Cr. 169 (CS)
*Jose Rivera v. United States*, 16 Cv. 4983 (CS)

Dear Judge Seibel,

We write to provide an update regarding Mr. Rivera's pending motion under 28 U.S.C. § 2255 based on *Johnson v. United States*, 135 S. Ct. 2551 (2015). His motion was previously stayed pending the Supreme Court's decision in *United States v. Taylor*, No. 20-1459, 2021 WL 2742792, at *1 (U.S. July 2, 2021). After *Taylor* was decided, the parties asked for additional time to consider our positions, based on a case that was then-pending before the Second Circuit, *United States v. Savoca*, 20-1502. *See* Dkt. Nos. 46, 49.[1] On November 29, 2022, the Circuit granted Mr. Savoca's petition for rehearing and remanded to the District Court. As such, the parties are now prepared to set a briefing schedule for Mr. Rivera's petition.

We respectfully propose the following schedule: Defense brief due March 13, Government response to June 12, Defense reply due June 23.

Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Rachel Martin
Ben Gold
Federal Defenders of New York

cc: Assistant United States Attorney Ryan Allison

---

[1] The docket citations correspond to the criminal case number, 12 Cr. 169 (CS).